JERRY S. BUSBY
Nevada Bar #001107
ANDRE T. MARQUES
Nevada Bar #014737
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com
amarques@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| FRANTZIE FRILOUX;<br><br>    Plaintiff<br><br>-vs-<br><br>SMITH'S FOOD & DRUG CENTERS, INC. aka KROGER,<br><br>    Defendant | Case No. 2:23-cv-00338-CDS-NJK<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

  WHEREAS, the parties and their counsel have agreed upon a full and final settlement of all claims at issue in this case;

  IT IS HEREBY STIPULATED AND AGREED by and between DORIS NEHME-TOMALKA, ESQ. of the law firm NEHME-TOMALKA & ASSOCIATES, Attorneys for Plaintiff FRANTZIE FRILOUX and JERRY S. BUSBY, ESQ., of the law firm COOPER LEVENSON, P.A., Attorneys for Defendant SMITH'S FOOD & DRUG CENTERS, INC., as follows:

  1.  That all claims herein of Plaintiff FRANTZIE FRILOUX against Defendant SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own attorney's fees and costs; and

/ / /

/ / /

/ / /

CLAC 7620910.1

2. That the Court vacate any deadlines of filing dates on the Court's docket.

DATED this 1st day of November, 2023.

| NEHME-TOMALKA & ASSOCIATES | COOPER LEVENSON, P.A |
|---|---|
| /s/ Doris Nehme-Tomalka<br>DORIS NEHME-TOMALKA, ESQ.<br>Nevada Bar No. 006431<br>2620 Regatta Drive, Suite 102<br>Las Vegas, Nevada 89128<br>(702) 240-5280<br>Attorneys for Plaintiff<br>FRANTZIE FRILOUX | /s/ Jerry S. Busby<br>JERRY S. BUSBY, ESQ.<br>Nevada Bar No. 001107<br>ANDRE T. MARQUES, ESQ.<br>Nevada Bar No. 014737<br>3016 W. Charleston Blvd.-Suite 195<br>Las Vegas, Nevada 89102<br>(702) 366-1125<br>Attorneys for Defendant<br>SMITH'S FOOD & DRUG CENTERS, INC. |

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
UNITED STATES DISTRICT JUDGE
DATED: November 2, 2023

CLAC 7620910.1